UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SCOTT GUNNELLS,<br><br>Plaintiff,<br><br>v.<br><br>G&G CUSTOM FABRICATIONS LLC, a Connecticut limited liability company; WINGMAN PLANNING LLC, a New Jersey limited liability company; and DOES 1-10,<br><br>Defendants. | 26-cv-5407 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On August 21, 2026, the parties informed the Court that they have executed a settlement agreement. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case if the settlement is not fully effectuated.

All pending deadlines are hereby suspended, and the Clerk is respectfully directed to close this case.

SO ORDERED.

Dated: New York, NY
August 21, 2026

JED S. RAKOFF, U.S.D.J.